## TONNELIER vs. MAURIN'S EX'R.

A person of
colour, living
with the de-
ceased, and
allowing him
to receive her
negroes' hire
without call-
ing him to
account, pre-
sumed to
have allowed
the hire as
her part of
their joint
expence.

THE plaintiff lived with the defendant's testator
as his *ménagère*. She had with her in his family,
several grown daughters of hers. It was in evi-
dence that he hired out some of the plaintiff's
slaves, and received their wages. They had lived
together in this manner for several years, in His-
paniola, St. Yago de Cuba, and New-Orleans.

*By the Court.* There being no evidence of the
plaintiff having been accounted with, or of any
claim of hers in the life time of the testator of the
defendant, it must be presumed that the parties
had joined their stock for their mutual support.
The plaintiff might as well claim wages for her

services in the house, or might be sued for her board and that of her children.

*Seghers*, for the plaintiff.

*Cauchois*, for the defendant.